**Nathaniel WYLIE, Appellant,**

v.

**STATE of Missouri, Respondnet.**

**WD 79886**

Missouri Court of Appeals,
Western District.

Filed: May 30, 2017

Lara M. Guscott, Kansas City for appellant.

Dora Fichter, Jefferson City for respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Cynthia L. Martin, Judges

### Order

Per Curiam

Nathaniel Wylie appeals the denial of his Rule 24.035 motion without an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the motion court's judgment. Because a published opinion would have no precedential value, we have provided the parties

with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b)